UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH POETT<br>7417 Parkwood Drive<br>St. Louis, MO 63116-2139<br><br>　　　　　　Plaintiff<br>　　v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br>Attorney General of the United States<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530-0001<br><br>　　　　　　Defendant. | Civil Action No.: 08-0622 (CKK) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Christian Natiello as counsel for Defendant in the above-captioned case.

Respectfully submitted,

____/s/_____
CHRISTIAN NATIELLO, D.C. Bar #473960
Assistant U.S. Attorney
555 Fourth St., N.W.
Room E4112
Washington, D.C. 20530
(202) 307-0338
christian.natiello@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of May, 2008, I caused the foregoing Praecipe to be served on Plaintiff's attorney, **Joan A. Harvill**, Esq., via the court's Electronic Case Filing System (ECF).

\_\_\_\_/s/_____
CHRISTIAN NATIELLO, D.C. Bar #473960
Assistant U.S. Attorney
555 Fourth St., N.W.
Room E4112
Washington, D.C. 20530
(202) 307-0338
christian.natiello@usdoj.gov