#### UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOSEPH POETT, | ) |
| Plaintiff, | ) Civil Action No. 08-0622 (CKK) |
| v. | ) |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| Defendant. | ) |

**MOTION TO ENLARGE TIME TO FILE ANSWER
OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendant, the United States Department of Justice, respectfully requests an additional thirty (30) days to file an answer or otherwise respond to the complaint in this case, which involves allegations of employment discrimination. This Office was served with the complaint on April 22, 2008, resulting in the current deadline of May 22, 2008. With this motion, Defendant requests a new deadline of June 23, 2008.

The extension is requested to permit undersigned counsel sufficient time to review the files and consult with agency counsel. Moreover, agency counsel was just recently assigned to this matter and also requests additional time to review the case files and formulate an accurate chronology of events for this case so that a response can be drafted.

This is Defendant's first request to move this deadline, and the extension will not prejudice Plaintiff.

Under-signed counsel left a voicemail for opposing counsel about this motion. Opposing counsel then left a voicemail for undersigned counsel in which opposing counsel represented that she will not oppose this motion.

A proposed order is attached.

May 15, 2008

                                        Respectfully submitted,

                                        _____/s/_____
                                        JEFFREY A. TAYLOR D.C. BAR # 498610
                                        United States Attorney

                                        _____/s/_____
                                        RUDOLPH CONTRERAS, D.C. BAR #434122
                                        Assistant United States Attorney

                                        _____/s/_____
                                        CHRISTIAN A. NATIELLO, D.C. BAR #473960
                                        Assistant United States Attorney
                                        555 Fourth St., N.W.
                                        Washington, D.C. 20530
                                        (202) 307-0338
                                        christian.natiello@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH POETT, | ) |
| Plaintiff, | ) Civil Action No. 08-0622 (CKK) |
| v. | ) |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| Defendant. | ) |

## ORDER ON MOTION TO ENLARGE

UPON CONSIDERATION of Defendant's Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that Defendant shall file an answer or otherwise respond to the complaint on or before June 23, 2008.

So ordered, this _____ day of _____ 2008.

The Honorable Colleen Kollar-Kotelly
United States District Judge