UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH POETT,<br><br>  Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>  Defendant. | Civil Action No. 08-622 (CKK) |

ORDER
(July 9, 2008)

This case comes before the Court upon the filing of Defendant's Answer to Plaintiff's Complaint. In light of this filing, it is this 9th day of July, 2008, hereby

**ORDERED** that the parties shall confer and propose a schedule for proceeding in this matter. The schedule should address the status of Plaintiff's FOIA request, whether a *Vaughn* index will be required in this case, and should propose a schedule for the filing of dispositive motions. The parties shall file the schedule not later than July 25, 2008.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　  /s/
　　　　　　　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge