UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JOSEPH POETT**       Plaintiff | : | |
| v. | : | Civil Action No. 08-622 (CKK) |
| **U.S. DEPARTMENT OF JUSTICE**       Defendant | : | |

## SCHEDULING DIRECTIVE

Pursuant to the Court's July 9, 2008 Order the parties propose the following Scheduling Directive:

1.   The parties agree that a Vaughn Index will be filed in this case.

2.   The parties agree that dispositive motions should be filed within 60 days of July 25, 2008 or by September 23, 2008.

3.   The parties agree that the Opposition to dispositive motions will be due 30 days after the dispositive motion is filed.

4.   The parties agree that any Reply to the Opposition will be due 20 days after the Opposition is filed.

**PLAINTIFF:**

5   Plaintiff, Joseph Poett, requests that the Defendant produce the records requested for an *in camera* inspection by the Court.

6.   Plaintiff, Joseph Poett, requests that the Defendant produce the records requested with those portions claimed exempt redacted.

**DEFENDANT:**

7.   Defendant objects to an *in camera* inspection by the Court of the FOIA records requested by Plaintiff.

8. Defendant agrees to produce the records requested provided said records are not exempt.

                                              Respectfully submitted,

                                                /s/                              .
                                              Joan A. Harvill, Esq.
                                              D.C. Bar No: 309112
                                              Attorney for Plaintiff
                                              1629 K. Street N.W.
                                              Suite 300
                                              Washington, D.C. 20006
                                              Tele:   (202) 466-6346
                                              Fax:   (804) 224-4038
                                              E-mail: Abogadaxyz@aol.com

                                                /s/                                      .
                                              Christian A. Natiello
                                              D.C. Bar No: 473960
                                              Assistant U.S. Attorney
                                              555 4th Street N.W.
                                              Civil Division
                                              Room E 4112
                                              Washington, D.C. 20530
                                              Tele:   (202) 307-0338
                                              Fax:   (202)  307-7036
                                              E-mail: christian.natiello@usdoj.gov

**CERTIFICATE OF SERVICE:**

I certify a copy of the parties proposed scheduling directive was electronically filed with the court and electronically served upon the following on July 25, 2008: Christian A. Natiello, Esq., Assistant U.S. Attorney, 555 4th Street N.W., Civil Division, Room E4112, Washington, D.C. 20530.

                                                  /s/                          
                                              Joan A. Harvill