**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| JOSEPH POETT, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 08-0622 (CKK) |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S MOTION TO ENLARGE**
**THE TIME TO FILE ITS VAUGHN INDEX**

Defendant, the United States Department of Justice, respectfully requests an additional

fourteen (14) days to file its Vaughn Index in this FOIA case. By agreement of the parties and

the Court's Order dated August 1, 2008, Defendant's Vaughn Index was due today.

The extension is requested because Defendant just became aware of another responsive

document. The document needs to be processed and go through de-classification review.

It is entirely possible that the Vaughn Index will be filed before the two week extension

should it be granted; Defendant is moving the document through processing as quickly as

possible and anticipates filing the Index in less than two weeks.

This is Defendant's first request to move this deadline, and the extension will not

prejudice Plaintiff. Moreover, Defendant does not anticipate needing more time to file its

Motion for Summary Judgment.

Undersigned counsel left a voicemail for opposing counsel about this motion but was

unable to reach her personally.

Undersigned counsel also understands the Court's four-day policy for motions to extend,

but due to the timing of when Defendant learned of the additional responsive document and its

intention to otherwise file the <u>Vaughn</u> Index in a timely fashion, he respectfully asks for the

Court's understanding in this matter.

    A proposed order is attached.


August 25th, 2008

                        Respectfully submitted,


                        /s/
                        JEFFREY A. TAYLOR, D.C. BAR # 498610
                        United States Attorney


                        /s/
                        RUDOLPH CONTRERAS, D.C. BAR #434122
                        Assistant United States Attorney


                        /s/
                        CHRISTIAN A. NATIELLO, D.C. BAR #473960
                        Assistant United States Attorney
                        555 Fourth St., N.W.
                        Washington, D.C. 20530
                        (202) 307-0338

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| JOSEPH POETT, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.  08-0622 (CKK) |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER ON MOTION TO ENLARGE**

UPON CONSIDERATION of Defendant's Motion to Enlarge Time to File a <u>Vaughn</u>

Index, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that Defendant shall file its <u>Vaughn</u> Index on or before September 8, 2008.

So ordered, this _____ day of _____ 2008.

_____
The Honorable Colleen Kollar-Kotelly
United States District Judge